UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

GREG JAMES VENTURES LLC,   No. 07-11434

Debtor(s).
_____/

Memorandum re Hearing In Eureka
_____

     The court is available in Santa Rosa except for one day each month when it sits in Eureka. The debtor has indicated that its emergency motions must be heard that day, and therefore the court has granted its application to hold the hearing in Eureka tomorrow morning.

     The court will of course approach the motion of the debtor to borrow funds from its principles very cautiously and desires to hear anyone who wishes to be heard. Travel to Eureka is not required; a telephonic appearance of counsel may be arranged by calling Deputy Clerk Dan Sondheim at (707) 525-8520, ext. 221.

     Because the proposed financing involves insiders, if the court grants the motion its approval will be as limited as possible pending appointment of a creditors committee. The U.S. Trustee is requested to expedite formation of a committee to the extent possible.

     Counsel for the debtor shall immediately email copies of this memorandum to the U.S. Trustee and to counsel for the secured creditors and three largest unsecured creditors, if known, and if not known to the creditors themselves.

Dated: November 6, 2007

                                                                       Alan Jaroslovsky
                                                                       U.S. Bankruptcy Judge